1983 Form

# In the United States District Court
# For the Northern District of Alabama

A 11: 48

U.S. DISTRICT COURT
N.D. OF ALABAMA

CV-16-HS-1367-S

_____

Kamiles Crews-Bey
_____
(Enter above the full name(s) of the
plaintiff(s) in this action)

v

LT. D. Johnson
Correctional officer Mason
Correctional officer R. Smith
_____
(Enter above full name(s) of the
defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

   B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiff(s): _____

         Defendant(s) _____

      2. Court (if Federal Court, name the district; if State Court, name the county)

         _____

      3. Docket Number _____

      4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

_____

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement _____

A. Is there a prisoner grievance procedure in this institution?
Yes ( )   No (✓)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )   No ( )

C. If your answer is YES:

1. What steps did you take? _____

_____

2. What was the result? _____

_____

_____

D. If your answer is NO, explain why not? _____

_____

_____

III. Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) *Kamiles Crews Bey*

_____

Address *100 Warrior Lane Bessemer Al. 35023*

-2-

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant  LT. D. Johnson

   is employed as  Prea Manager

   at  Donaldson Correctional Facility

C. Additional Defendants  Officer R. Smith / A-B Cubical operator
   Officer Mason / C-D Cubical operator Both at
   W.E.D.C.F.

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

On 6-3-16 I along with J-3's Michael Peeks and C. Wilson was at the Chaple under the Patio talking. Sometime during our discussion two J3's by the names of Ralph and Aneek sat under the Patio and inguaged in a Conversation with J-3 Michael Peeks. Michael Peeks then asked me if I would go to Ralphs block with him to retrieve finds and bring back to the Chaple to him (Michael Peeks), I said that I would. At Approx 1:55 pm I left the Chaple w/ J3's Ralph and Aneek and went to A-B block where officer Mason was standing at the front door with it open. Knowing I didn't sleep in that Block he allowed me to enter. As I went down the hall to B-Blocks door I noticed that the Cubical door was

-3-

open but B-Blocks door was locked. Ralph got officer R. Smith's attention and asked him to pop the door to B-Side, he did and Ralph, Aneek and my self entered the block. As I was entering the block before I closed the door officer Smith called my name, held up an ink pen and stated "you have to get the stick."

V. **RELIEF**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A Judgement against each defendant on each claim and an award of 20,000 against each defendant on each claim. Punitive damages in the amount of 60,000 against each defendant on each claim. Enter an order for me to be tranferred to another facility while this action is pending resolution.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8-19-16
(date)

K. Clews-Bey
Signature(s)

- 4 -

he also knew I was asleep when the block. Both officers Mason and Smith had prior knowledge that I was going to be assaulted once I entered the block and did nothing to prevent it or protect me from being assaulted. Once I entered the Block I was instructed by J-3 Ralph to go to 19 cell, me and Areek both walked to 19 cell and waited on Ralph. When Ralph showed up he locked the cell door with us three (3) inside and they both started assaulting me. During the assault I heard one J-3 say "write LT. Johnson another letter" while my hands were being repeatly hit with a stick. The other J-3 kept telling the other J-3 "she want that bitch Broke, Break that bitch" refering to the hand that I write with. When they were finished J-3 Ralph got the door unlocked and told me to go to the exit door, he got officer Smiths Attention, pointed at me and officer Smith opened the door and let me out. Officer Mason was still at the front door with it open and when he saw me and how injured I was he told me that I had to stay in the hall 2 hours before I could leave. When he looked on the main Hall and noticed that wasen't nobody out there, he told me to get out. I went to my block and when they called Moorish Science service I went back to the Chaple where I got Dizzy and had one of the guy's at the Chaple help me to the Infirmary. An ambulance was called and I was escorted to the hospitle. Sgt. Bradford took pictures of my injurys. LT. D. Johnson Did Conspire with the other named defendants and they planned together to allow me to enter B-Block where all three (3) knew that I would be assaulted.

Kamiles Crews-Bey 186230
100 Warrior Lane ~~B~~ Q-1
Bessemer, Al. 35023

Clerk
United States District Court for the Northern District of Alabama
Room 104 Federal Courthouse
1800 Fifth Avenue North
Birmingham, Alabama 35203-2195

BIRMINGHAM
AL 350
19 AUG '16
PM 3 L

$ 000.67⁵
AUG 19 2016
ZIP CODE 35023

LEGAL ONLY

35203$2111 C025