FILED
2017 Aug-08 PM 04:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KAMILES CREWS-BEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:16-cv-01367-VEH-SGC |
| LIEUTENANT D. JOHNSON, et al., | ) |
| Defendants. | ) |

**ORDER**

The magistrate judge filed a report and recommendation on July 6, 2017 (Doc. 32), recommending that the plaintiff's motions for preliminary injunction (Docs. 22, 28) be denied. On July 17, 2017, the plaintiff submitted a response stating he had "no objections to the report and recommendation[ ]." (Doc. 33).

Having carefully reviewed and considered *de novo* the plaintiff's motions for preliminary injunction, along with the report and recommendation, the magistrate judge's report is **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, the plaintiff's motions for preliminary injunction are **DENIED**. (Docs. 22, 28).

DONE and ORDERED this 8th day of August, 2017.

**VIRGINIA EMERSON HOPKINS**
United States District Judge