## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| KAMILES CREWS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No: 2:16-cv-1367-LCB-SGC ) ) |
| CORRECTIONAL OFFICER RODNEY SMITH, | ) ) ) ) |
| Defendant. | ) |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: The Warden and/or Keeper of **Kamiles Crews, AIS #186270**, at William E. Donaldson Correctional Facility or any other official of the State of Alabama having authority and responsibility for the care, custody, control, and transportation of **Kamiles Crews, AIS #186270**, a prisoner of the State of Alabama

GREETINGS:

WE command you, that you have the body of **Kamiles Crews, AIS #186270**, a prisoner of the State of Alabama, in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Northern District of Alabama at the United States Courthouse, 1729 5th Avenue, North, Birmingham, Alabama, on **July 10, 2019**, at **8:30 a.m.**, then and there to testify and to speak the truth according to his knowledge, in the above-styled cause; and thereafter, that you return the said prisoner to the above-named institution under safe and secure conduct.

The Clerk is DIRECTED to send a copy of this writ to the plaintiff, counsel for the defendant, the Warden of William E. Donaldson Correctional Facility, and the United States Marshal Service.

**DONE** and **ORDERED** this May 15, 2019.

**LILES C. BURKE**
**U.S. DISTRICT JUDGE**